IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02310-WYD-CBS

IBRAHIMA BA,

      Petitioner/Plaintiff,

v.

ALBERTO R. GONZALES, Attorney General of the United States;
ROBERT MUELLER, Director of the Federal Bureau of Investigation;
MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;
EDUARDO AGUIRRE, JR., Director, United States Citizenship and Immigration
Services; and
MARIO ORTIZ, District Director of United States Citizenship and Immigration Services,
Department of Homeland Security,

      Respondents/Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      Respondents' Unopposed Motion to Submit Response to the Court's Show Cause Order Out of Time (filed December 13, 2006) is **GRANTED**.  The Response to Show Cause Order filed as Exhibit A to the Unopposed Motion to Submit Response to the Court's Show Cause Order Out of Time shall be accepted for filing by the Clerk of Court.

      Also, the request by Respondents in the Response to the Court's Show Cause Order that they be allowed to supplement their response in the next three to four weeks or to file a joint motion to dismiss is granted.  The supplement or motion to dismiss shall be filed by **Monday, January 15, 2007.**

      Dated:  December 14, 2006