IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02310-WYD-CBS

IBRAHIMA BA,

    Petitioner/Plaintiff,

v.

ALBERTO R. GONZALES, Attorney General of the United States;
ROBERT MUELLER, Director of the Federal Bureau of Investigation;
MICHAEL CHERTOFF, Secretary of the Department of Homeland Security;
EDUARDO AGUIRRE, JR., Director, United States Citizenship and Immigration Services; and
MARIO ORTIZ, District Director of United States Citizenship and Immigration Services, Department of Homeland Security,

    Respondents/Defendants.

---

## ORDER

---

    This matter is before the Court on the Parties' Stipulated Motion to Dismiss all claims by Plaintiff in the above referenced action.   Plaintiff Ba's naturalization application has been approved.  He has been given the opportunity to be sworn in at his earliest convenience.  It is expected that his oath will be administered, at his request, on January 31, 2007.  It is accordingly

    ORDERED that the referenced case is **DISMISSED**.  It is

    FURTHER ORDERED that each party will bear its own costs and attorneys' fees.  It is

    FURTHER ORDERED that the parties and their counsel are hereby discharged from any further reporting duties.

DATED: January 2, 2007.

BY THE COURT:

s/ Wiley Y. Daniel
United States District Judge